# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CATHY MILLER,

      Plaintiff,

    vs.

FORD MOTOR COMPANY;
FUTURE FORD OF SACRAMENTO;
and DOES 1 through 10, inclusive,

      Defendants.

Case No.:  2:25-cv-00745-DJC-CSK

District Judge: Hon. Daniel J. Calabretta
Magis. Judge: Hon.  Chi Soo Kim

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

## <u>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL</u>

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  May 28, 2026     /s/ Daniel J. Calabretta

                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE